IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00601-BNB

TIMOTHY HATTEN,

    Plaintiff,

v.

R. ANDERT,
A. BARKER,
J.C. HOLLAND,
SARA REVELL,
BLAKE R. DAVIS,
D.J. HARMON,
J. CHAVEZ,
HARRELL WATTS,
G. MALDONADO, JR.,
M. GUITIERREZ,
MICHAEL K. NALLEY,
N. FIELDS,
E. ALEXANDER,
J.P. YOUNG,
RICHARD W. SCHOTT,
M. WACKER,
B. EISCHEN,
V. VISIL,
D. BORGERS,
B. OLMSTEAD,
CARL LAFARGUE,
GREGORY KIZZIAH,
MARNE BOYLE,
J. CRAMER, and
KEN EVERHART,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on "Plaintiff's Letter Motion of Notice to the Court," filed on May 28, 2010 (Doc. # 11), in which Plaintiff requests appointment of counsel.

Plaintiff's request for counsel is DENIED as premature.

Dated: June 1, 2010