IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00601-BNB

TIMOTHY HATTEN,

    Plaintiff,

v.

R. ANDERT,
A. BARKER,
J.C. HOLLAND,
SARA REVELL,
BLAKE R. DAVIS,
D.J. HARMON,
J. CHAVEZ,
HARRELL WATTS,
G. MALDONADO, JR.,
M. GUITIERREZ,
MICHAEL K. NALLEY,
N. FIELDS,
E. ALEXANDER,
J.P. YOUNG,
RICHARD W. SCHOTT,
M. WACKER,
B. EISCHEN,
V. VISIL,
D. BORGERS,
B. OLMSTEAD,
CARL LAFARGUE,
GREGORY KIZZIAH,
MARNE BOYLE,
J. CRAMER, and
KEN EVERHART,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 15 2010

GREGORY C. LANGHAM
              CLERK

## ORDER OVERRULING OBJECTION

This matter is before the Court on the document titled "Plaintiff Petition for Reconsideration of the Minute Ordered [sic] Denying as Premature Doc # 11," that Plaintiff, Timothy Hatten, submitted to the Court *pro se* on June 14, 2010. In the

document, Mr. Hatten objects to Magistrate Judge Boyd N. Boland's June 1, 2010, order denying his motion for appointment of counsel as premature.

The Court will construe the request liberally as an objection filed pursuant to 28 U.S.C. § 636(b)(1)(A). For the reasons stated below, the objection will be overruled.

Pursuant to 28 U.S.C. § 636(b)(1)(A), a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law. The Court concludes that Magistrate Judge Boland's June 1 order is neither clearly erroneous nor contrary to law. Therefore, Mr. Hatten's liberally construed objection will be overruled. Accordingly, it is

ORDERED that the document titled "Plaintiff Petition for Reconsideration of the Minute Ordered [sic] Denying as Premature Doc # 11," that Plaintiff, Timothy Hatten, submitted to the Court *pro se* on June 14, 2010, is construed liberally as an objection filed pursuant to 28 U.S.C. § 636 (b)(1)(A), and the objection is overruled.

DATED at Denver, Colorado, this  15th   day of   June  , 2010.

BY THE COURT:

 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00601-BNB

Timothy Hatten
Reg No. 27993-004
US Penitentiary Florence
P.O. Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/15/10

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk