IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00601-BNB

TIMOTHY HATTEN,

    Plaintiff,

v.

R. ANDERT,
A. BARKER,
J.C. HOLLAND,
SARA REVELL,
BLAKE R. DAVIS,
D.J. HARMON,
J. CHAVEZ,
HARRELL WATTS,
G. MALDONADO, JR.,
M. GUITIERREZ,
MICHAEL K. NALLEY,
N. FIELDS,
E. ALEXANDER,
J.P. YOUNG,
RICHARD W. SCHOTT,
M. WACKER,
B. EISCHEN,
V. VISIL,
D. BORGERS,
B. OLMSTEAD,
CARL LAFARGUE,
GREGORY KIZZIAH,
MARNE BOYLE,
J. CRAMER, and
KEN EVERHART,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on Plaintiff's "Petition of Notice to the Court," filed on June 24, 2010 (Doc. # 18) and a letter to the Court that Plaintiff filed on July 6, 2010

(Doc. # 19). In the "Petition" and the letter, Plaintiff states that he is in the process of being transferred to another facility, and requests that his case be indefinitely stayed until he reaches his new destination. Plaintiff's request for an indefinite stay of his case is DENIED. However, to the extent that Plaintiff seeks an extension of time to file a Second and Final Amended Complaint, the request is GRANTED. Plaintiff is directed to file a Second Amended Complaint on or before **August 13, 2010**, if he wishes to proceed with his claims in this action. Plaintiff's failure to file a Second and Final Amended Complaint will result in the dismissal of this action without further notice.

Also on June 24, 2010, Plaintiff filed a "Petition Requesting Status of Petition for Order of Protection Filed on May 30, 2010," (Doc. # 17). In this "Petition", Plaintiff requests that the Court take "immediate action" on his "Petition for Order of Protection," filed on June 2, 2010. Plaintiff's request for an immediate ruling is DENIED. The Court will rule on his "Petition for Order of Protection" in due course.

Dated: July 8, 2010