**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-00601-CMA-MJW

TIMOTHY HATTEN,

    Plaintiff,

v.

R. ANDERT,
A. BARKER,
J.C. HOLLAND,
D.J. HARMON,
J. CHAVEZ,
M. WACKER,
V. VIGIL, and
B. EISCHEN,

    Defendants.

_____

**ORDER DISMISSING CASE WITHOUT PREJUDICE**
_____

On October 4, 2010, Plaintiff Timothy Hatten was given thirty days from the date of the Order Granting Defendants' Motion to Reconsider Order Granting Plaintiff's Motion for Leave to Proceed *in Forma Pauperis*; and Order Denying Plaintiff's Motion for Extension of Time (Doc. # 42) within which to pay the entire $350.00 filing if he wished to pursue his claims in this action.  In the Order, Plaintiff was warned that if he failed to pay the entire $350.00 filing fee within the time allowed, the Second Amended complaint and the action would be dismissed without further notice.  Plaintiff has failed to pay the entire $350.00 filing fee.  It is therefore

ORDERED that Plaintiff's Second Amended Complaint and this action is DISMISSED without prejudice.

DATED:   November   17  , 2010.

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge